In the

United States Court of Appeals

For the Seventh Circuit

_____

No. 16-2475

TERENCE S. CHANCELLOR,

*Plaintiff-Appellant,*

*v.*

SELECT PORTFOLIO SERVICING and JPMORGAN CHASE
BANK, N.A.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division.
No. 14 C 7712 — **Sharon Johnson Coleman**, *Judge.*

_____

SUBMITTED JULY 5, 2017 — DECIDED JULY 19, 2017

_____

Before POSNER, KANNE, and SYKES, *Circuit Judges.*

POSNER, *Circuit Judge.* The plaintiff reached an oral agree-
ment to settle a litigation arising out of a home mortgage
loan to him, but the defendants insisted that as part of the
settlement he would have to release any claims he had
against another bank, and also a trust company, neither of
which had been a party to the litigation. Although the dis-
trict judge agreed with the defendants' position, it hasn't
been proved that anyone had told the plaintiff during the

settlement conference that by agreeing to the settlement he would also be releasing any claim he might have against the two nonparties to the litigation. Because there was no evidentiary proceeding, there was no basis for the judge's deciding that the plaintiff had agreed to release the claims against the nonparties. The judgment must therefore be vacated and the case remanded for a factual inquiry into the parties' disagreement.